JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 1 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN EARL OGLAND,<br><br>Defendant. | 4:18-CR-6006-EFS<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute A Mixture or Substance Containing A Detectable Amount of Fentanyl (Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)<br>Possession of a Firearm in Furtherance of Drug Trafficking (Count 2)<br><br>21 U.S.C. § 853<br>Criminal Forfeiture |

The Grand Jury Charges:

### COUNT ONE

On or about January 25, 2018, in the Eastern District of Washington, the Defendant, DUSTIN EARL OGLAND, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-

INDICTMENT – 1

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT TWO

On or about January 25, 2018, in the Eastern District of Washington, the Defendant, DUSTIN EARL OGLAND, did knowingly and willfully possess a firearm, to wit: a Taurus 9mm handgun bearing serial number TI084457, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

1.  The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853; and/or 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

2.  Pursuant to 21 U.S.C. § 853 upon conviction of an offense of violation of 21 U.S.C. § 841 as alleged in this Indictment, Defendant, DUSTIN EARL OGLAND, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

INDICTMENT – 2

If any forfeitable property, as a result of any act or omission of the Defendant(s):

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

3. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A) as set forth in this Indictment, Defendant, DUSTIN EARL OGLAND, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 21 day of February, 2018.

                                A TRUE BILL

                                Foreperson

JOSEPH H. HARRINGTON
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 3