PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 21 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

DEFENDANT NAME: **DUSTIN EARL OGLAND**

TOTAL NO. COUNTS:   2

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(C)**
**Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl (Count 1)**

PENALTY: **CAG not more than 20 years;**
**and/or $1,000,000 fine;**
not less than 3 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

VIO: **18 U.S.C. § 924(c)(1)(A)(i)**
**Possession of a Firearm In Furtherance of Drug Trafficking Crime   (Count 2)**

PENALTY: **CAG not less than 5 years to life must run consecutive to any other conviction;**
**and/or $250,000 fine;**
not more than 3 years supervised release;
a $100 special penalty assessment

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO. __4:18-CR-6006-EFS-1__

AUSA INITIAL   CAB _____