# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 17, 2023**

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Dustin Earl Ogland
Name of Supervising Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Docket No:  4:18CR06006-EFS-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Dustin Earl Ogland to travel out of the country.

Respectfully submitted by,

s/SanJuanita B. Coronado                   02/17/2023
SanJuanita B. Coronado                        Date
Supervisory U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

*Edward F. Shea*
Signature of Judicial Officer

February 17, 2023
Date